

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00680-CV

**FRESNI**, Inc.,
Appellant

v.

**TAMIR ENTERPRISES, LTD.** and Comfort Country Store, Inc.,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-178
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED as to the dismissal of appellant's wrongful foreclosure claim, breach of contract claim, and trespass to try title claim. The trial court's judgment against appellant on its conversion claim is REVERSED and REMANDED for further proceedings.

Costs of this appeal are assessed against the party that incurred them.

SIGNED May 22, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice